UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Tariq Muhammad, Plaintiff, <br><br> v. <br><br> Gov. Kate Brown, ODOC Dir. Colette Peters, OSP Supt. Brandon Kelly, C/O Contreras, e.t.al, Defendant(s). | CASE NO. 6:20-cv-02064-IM <br> Civil Complaint <br> Type: Fed. Question <br> Jurisdiction: <br> 42 U.S.C. §1983 <br> Ad Hoc sic. <br><br> Jury Trial Requested <br><br> R.I.P. George Floyd! (BLM)! |

1.

STATEMENT OF THE CASE:
PLAINTIFF WAS DENIED HIS RELIGIOUS AND FREE SPEECH RIGHTS.

P. 1 OF 10

2.

ARGUMENT:

"All men shall be secure in the (natural) right; to worship Almighty God according to the dictates of their own consciences". "(No) law shall in (any case whatever) control the (free) exercise of/and/or enjoyment of (religious opinions); or interfere with the rights of conscience!" ART. 1 Sub. Sec. 2 and 3 of the Oregon Constitution; By and Through the 1st, 5th, 6th, 8th and 14th Amendments of the United States Constitution! "There is no compulsion in religion!" (Quran 2:256) "Indeed; Allah (God) forgives all sins; except the association of partners (Doctor Fauci, Gov. Brown e.t. al) — with Himm? But He Forgives all other sins"! (Quran 4:48) Plaintiff has a constitutional right not to wear a face mask!

P. 2 of 10

3.

Summary of facts:

Governor Brown is not plaintiff's authority! Only Allah is! (Qur'an 9:129): "Allah (God) is sufficient for me!" "There is no Diety (god) besides Allah!" "(Only) on Him do I put my trust!" "And He is the Lord of mighty power!" (Qur'an 9:129) "Only Allah (God) can give life, or cause death!" (Qur'an 9:116) "Allah — Alone; controls everything in the Heavens and on the Earth!" (Qur'an 67:1): "Blessed is He (Allah); whose is the Dominion!" "And Allah (All-In-All) is (powerful) over (All) things!" Including, but not limited to Covid-19! (Psalms 91:1-16) (Acts 3:22-23) Covid-19? It is not a disease! It is mutated atoms; angels ordered

P. 3 of 10

TO KILL NON BELIEVERS! THIS IS WHY NO MUSLIM COUNTRIES ARE HIT BY COVID; EXCEPT HYPOCRITES! ONLY GOVERNMENT PEOPLE ARE SO-WORRIED! AND THEY SHOULD BE! MOTHER EARTH IS SPELLING ALL OF PLAINTIFF'S UNCLE TOM AND RACIST OR ARROGANT, WELL TO DO ENEMIES! IT IS THE 9TH CYCLE OF TIME, AND MOTHER EARTH IS RESPONDING TO GEORGE FLOYD AND MANY BLACK INJUSTICES; LIKE A MENSTRUAL CYCLE! UNTIL AMERICA BOWS TO "ISLAM; SHE WILL CONTINUE TO DIE! (ACTS 3:22 & 4:11) (ISAIAH 53:1-12) JUDGE MICHAEL McSHANE IS HEAD OF ILLUMINATI! HE CAN STOP COVID-19 AND YOUR DOOM!

P. 4 of 10

(QUR'AN 10:47, 14:4, 16:89, 17:15-16) YA'LL HATE KNOWLEDGE FROM A BLACK MAN DOC e.t.al.! NOW GOD WILL IGNORE YOU WHEN THE TSUNAMIS HIT BOTH COASTS! (QUR'AN 2:49-50) (QUR'AN 28:14) THE SAME THING THAT MAKES CAUCASIANS LAUGH; WILL MAKE THEM CRY! (ACTS 3:22-23) (QUR'AN 17:15-16) RACISM IS KILLING ME IN ODOC! e.t.al.! THESE LAW SUITS PROVE BLACK LIVES; NOR BLACK VOICES MATTER! SOMEDAY THESE COURT RECORDS WILL BE PUBLIC! ALL THINGS KEPT HIDDEN IN THE DARK; WILL EVENTUALLY COME OUT IN THE LIGHT! SEE: STATE V. WILLIAMS, 289 OR. APP. 816 (2018). MEACHUM V.

P. 5 of 10

FANO, 427 U.S. 215 (1976), (ORS 169.076) (ORS 41.010) (QURAN 9:33): "Islam is the Religion of TRUTH"! (ORS 41.010) (ORS 40.065 - 40.090) (ORS 40.170) TRUTH AND HONESTY BUILDS GOOD CHARACTER! TRUTH is the only thing that can save America! (John 14:6, 8:32, 16:14-15) (QURAN 3:55) (John 17:17) (ORS 41.010) 1st Amendment; Art 1 Sub. 8 of the Oregon Constitution!

4.
STATEMENT of CLAIMS:

(CLAIM No.1): ON 11-19-2020, Oregon State Penitentiary Corrections Officer (C/O) CONTRERAS FORCED PLAINTIFF to WEAR A FACE MASK; AGAINST HIS Religion; Knowingly AND Maliciously! AND UNDER THE Color

P. 6 of 10

OF STATE LAW! NOTE: "RACISM"! THE BIG HUSH WORD!

(CLAIM NO. 2): ON 11-19-2020, (OSP) C/O CONTRERAS; VIOLATED PLAINTIFFS RIGHTS TO FREE SPEECH AND RELIGION OF TRUTH (ISLAM)! HE TOLD PLAINTIFF: "DON'T SAY RACISM!" "YOU ARE A RACIST!" "SHUT YOUR MOUTH!" "GO TO YOUR CELL!": UNDER THE COLOR OF STATE LAW.

(CLAIM NO. 3): (OSP) C/O CONTRERAS; THREATENED PLAINTIFF WITH A CELL-RESTRICTION; IF HE DID NOT WEAR A FACE MASK; FOR 24 HOURS; DESPITE PLAINTIFFS PROTEST THAT IT VIOLATES HIS RELIGION!: UNDER THE COLOR OF STATE LAW! ON 11-19-2020, IN (OSP).

(CLAIM NO. 4): ON 11-19-2020; OSP

P. 7 of 10

AS C/O THREATENED PLAINTIFF WITH A (24) HOUR CELL-IN; IF HE DID NOT WEAR A MASK AGAINST HIS RELIGION (ISLAM); OSP C/O JOHN DOE STATED: "72 HOURS CELL IN- FOR YOU"! PLAINTIFF SAID: "WHY"? IS IT MY COLOR"? C/O CONTRERAS WENT BERSERK; AND SCREAMED; "DON'T SAY THAT RACIST CRAP"! "YOU ARE ARE A RACIST"! PLAINTIFF SAID: "I DID NOT BRING MY PEOPLE HERE IN CHAINS; YOUR PEOPLE DID"! C/O CONTRERAS BEGAN TELLING PLAINTIFF SHUT HIS MOUTH! ALL UNDER THE COLOR OF STATE LAW! JUDGES KNOW THE LAW! PLAINTIFF KNOWS THAT! SO HE

P. 8 of 10

HAS NO NEED TO RECITE LAW!

(CLAIM NO. 5): GOVERNOR BROWN IS NOT PLAINTIFF'S AUTHORITY! GOD IS! (QUR'AN 19:18) (QUR'AN 60:1-2, 18:50) WE ONLY FEAR AND OBEY GOD! "GOD IS THE BEST OF PROTECTORS!" (QUR'AN 3:150) "IF ALLAH (GOD) IS FOR YOU, NONE CAN OVERCOME YOU!" (QUR'AN 3:160) (PSALMS 120:1) IT VIOLATE PLAINTIFF'S RELIGION; MS. BROWN TO WEAR A MASK; OR, AND FORCE OF CHOICE; WHICH THE 1st AMENDMENT PROTECTS!

(CLAIM NO. 6): OSP SUPT. BRANDON KELLY REFUSED PLAINTIFF'S RELIGIOUS RIGHTS + MULTIPLE TIMES, IN NEGLIGENCE OF PRIOR COMMUN-ICATIONS ON THIS MATTER; UNDER COLOR OF STATE LAW!

P. 9 OF 10

(CLAIM No. 7): O.D.O.C., COLETTE PETERS, IS RESPONSIBLE FOR THE ACTIONS AND TORTS OF HER EMPLOYEES; AS IS CEO KATE BROWN; AND ACTED IN GROSS NEGLIGENCE TO MULTIPLE RACIAL CONFRONTATIONS; AND CONSTITUTIONAL CONCERNS FORTHWITH; UNDER THE COLOR OF STATE LAW! JUDICIAL SCRUTINY NEEDED URGENTLY!

RELIEF SOUGHT:

<u>INJUNCTIVE</u>:

PLAINTIFF PRAYS THE COURT FOR AN INJUNCTIVE ORDER RELIEVING HIM FROM FORCED MASK WEARING! SUBSCRIBED AND SWORN ON OATH, AND UNDER PENALTY OF PERJURY; TO BE TRUE AND CORRECT!

DATE: 11-19-2020              TARIQ _____
TORTS SATISFIED.  P. 10 OF 10        PLAINTIFF.